UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HP INC. AND HP DEUTSCHLAND GMBH, | § § § | |
| Applicants, | § § | |
| v. | § | MISC. ACTION NO. 3:24-MC-0029-B |
| NOKIA OF AMERICA CORP, | § § § | |
| Respondent. | § § | |

STANDING ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), this Application is hereby referred to **United States Magistrate Judge Renee H. Toliver** for pretrial management. All non-dispositive motions are prospectively referred to the magistrate judge for determination. All case-dispositive motions are prospectively referred to the magistrate judge for recommendation. All other pretrial matters, including scheduling and alternative dispute resolution, are referred to the magistrate judge for appropriate action consistent with applicable law.

SO ORDERED.

SIGNED: May 21, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE